Board of Education of Roodhouse Community High School District No. 108, Plaintiff-Appellant, v. County Board of School Trustees, Greene County, Illinois; Board of Education of Carrollton Community Unit District No. 1; Board of Education of Patterson Community Consolidated District No. 110; Board of Education of Pittsfield Community Unit District No. 2; Board of Education of Winchester Community Unit District No. 1; Board of Education of White Hall Community Unit District No. 2; and Board of Education of Hillview Community Consolidated District No. 111, Defendants-Appellees.

Gen. No. 10,108.

Third District.
December 19, 1956.
Released for publication January 4, 1957.

Robinson, Foreman, Rammelkamp and Bradney, and Gilbert K. Hutchens, for appellant; L. A. Mehrhoff, State's Attorney, attorney for County Board of School Trustees; McDonald and Roady and Norman P. Jones, attorneys for White Hall Community Unit District No. 2, for appellees. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.